UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY DONNELLY ) | |
|     PETITIONER, ) | |
| V. ) | CIVIL ACTION |
| BERNARD BRADY, SUPERINTENDENT, ) | NO. 04-CV-12706 RWZ |
| OLD COLONY CORRECTIONAL CENTER, ) | |
|     RESPONDENT, ) | |

JANUARY 10, 2005

## PETITIONER'S NOTICE OF CHANGE OF ADDRESS

NOW COMES GREGORY DONNELLY, THE PETITIONER, ACTING PRO SE IN THE ABOVE-CAPTIONED AND NUMBERED ACTION, AND RESPECTFULLY NOTIFIES THIS HONORABLE COURT OF HIS CHANGE OF ADDRESS

FROM:   OCCC
              1 ADMIN RD
              BRIDGEWATER, MA. 02324

TO:   BILLERICA H.O.C.
       269 TREBLE COVE RD
       BILLERICA, MA. 01862

RESPECTFULLY SUBMITTED BY THE PITITIONER, THANK YOU FOR YOUR TIME.

                      RESPECTFULLY
                      *Gregory Donnelly*
CC FILE.             GREGORY DONNELLY

Gregory Donnelly
Billerica H.O.C.
269 Treble Cove Rd
Billerica, MA. 01862

Anthony Anastas, Clerk
United States District Court for Massachusetts
Room 2300
1 Courthouse Way
Boston, MA. 02210         January 10, 2005

RE: Gregory M. Donnelly V. Bernard Brady
    U.S.D.C. Civ No _____

Mr Anastas:

Enclosed please find Petitioners Notice of Change of Address.
Please further note that I have filed in the above entitled case, Petitioners Application for Writ of Habeas Corpus, 28 U.S.C. sec 2254, Memorandum in Support ect.. with Attachments, and Bail Petition.
Could you please note for the Court my change of address and send me the Docket Number/Entries/Status of my Filings.
Thank you for your time in this matter before you!

                                Very Truly Yours
                                Gregory Donnelly
                                Gregory M. Donnelly

CC File.