UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 FEB -2  P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GREGORY DONNELLY,<br><br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12706-RWZ<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Bernard Brady in the matter listed above.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        Attorney General

                                        _/s/ Randall E. Ravitz_
                                        Randall E. Ravitz (BBO # 643381)
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200, ext. 2852

Dated: February 2, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on February 2, 2005, by first class mail, postage prepaid, upon Pro Se Defendant Gregory Donnelly at the following addresses:

Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

-and-

Middlesex House of Correction
269 Treble Cove Road
Billerica, MA  01862

_____
Randall E. Ravitz