FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT FEB -2 P 4: 41
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GREGORY DONNELLY, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-12706-RWZ |
| BERNARD BRADY, | ) |
| Respondent. | ) |

### RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITION

Respondent Bernard Brady (the "Respondent"), hereby respectfully moves this Court to enlarge until March 4, 2005 the time in which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Gregory Donnelly (the "Petitioner"). The Respondent's response is currently due on February 3, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1993 conviction in the Middlesex County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. The Massachusetts Attorney General's Office did not receive a copy of the Petition until February 1, 2005, two days before the Respondent's deadline for filing a response. The Petition had apparently been forwarded to the United States Attorney's Office, rather than the Attorney General's Office.

4. Counsel for the Respondents have not yet obtained the necessary documents from the district attorney's office that prosecuted the criminal case referenced above. Counsel must

2

receive and have sufficient time to review such documents in order to respond sufficiently to the Petition.

5.  No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

6.  Allowance of this Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must answer or otherwise respond to the Petition until March 4, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: February 2, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on February 2, 2005, by first class mail, postage prepaid, upon Pro Se Defendant Gregory Donnelly at the following addresses:

Old Colony Correctional Center
One Administration Road
Bridgewater, MA  02324

-and-

Middlesex House of Correction
269 Treble Cove Road
Billerica, MA  01862

_____
Randall E. Ravitz