UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GREGORY DONNELLY
           PETITIONER,

V.

BERNARD BRADY, SUPERINTENDENT
OLD COLONY CORRECTION CENTER,
         RESPONDENT,

)
)
)
)
) NO-04-12706-RWZ
)
)
)
)

FILED
CLERKS OFFICE.

2005 MAR -9 P 3: 43

CIVIL ACTION
U.S. DISTRICT COURT
DISTRICT OF MASS.

MARCH 7, 2005

## PETITIONER'S OPPOSITION TO THE RESPONDENT'S MOTION FOR FURTHER ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITION

NOW COMES THE PETITIONER GREGORY M. DONNELLY, ACTING PRO. SE, HEREBY SUBMITS PETITIONER'S OPPOSITION TO THE RESPONDENTS MOTION FOR FURTHER ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITION.

- 2 -

1) THE RESPONDENT HAS HAD AMPLE OPPORTUNITY TO OBTAIN ANY AND ALL DOCUMENTS FROM THE DISTRICT ATTORNEY'S OFFICE IN THIS CASE.

2) THE RESPONDENT HAS COPIES OF THE SENTENCING TRANSCRIPTS, AFFIDAVITS FROM THE PETITIONER AND HIS ATTORNEY AT THE TIME OF SAID PLEA AGREEMENT, SO THIS PETITIONER IS HAVING A HARD TIME UNDERSTANDING THE RESPONDENT'S CLAIMS OF SERIOUS ALLEGATIONS AND REFERENCES COMPLEX AREA'S OF LAW.

3) THIS PETITIONER HAS BEEN UNLAWFULLY DEPRIVED OF THE BENEFIT OF THE "FORTHWITH" SENTENCING SCHEME TO WHICH HE HAD

PLEADED GUILTY -- THAT IS, SUBSEQUENT TO COMPLETION OF THE 10 TO 10½ YEAR SENTENCE, PETITIONER WAS THEN REMANDED TO SERVE THE PREVIOUSLY IMPOSED 20 YEAR CONCORD SENTENCE IN VIOLATION OF THE PLEA AGREEMENT.

4) THIS CASE HAS BEEN IN THE STATE COURTS FOR YEARS AND THIS PETITIONER HAS BEEN UNCONSTITUTIONALLY DEPRIVED OF THE BENIFITS TO SPECIFIC PERFORMANCE TO THE TERMS OF THE "FORTHWITH" STATE SENTENCING SCHEME OFFERED AND PROMISSED TO INDUCE HIM TO PLEAD GUILTY.

5) THIS PETITIONER IS BEING PREJUDICE AGAINST BY FURTHER ENLARGEMENT'S OF

OF TIME, IT AGGRAVATES THE HARM TO THIS PETITIONER, IF THIS PETITIONER IS IN FACT SERVING AN ILLEGAL SENTENCE.

6) THIS PETITIONER IS WAITING DISPISITION IN THIS MATTER AND THIS CASE SHOULD BE OF THE HIGHEST PRIORITY CONSIDERING THE NATURE AND THE FACT THE PETITIONER IS ILLEGALLY CONFINED.

WHEREFORE, I RESPECTFULLY ASK THIS HONORABLE COURT TO DENY THE RESPONDENTS MOTION FOR A FURTHER ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITION

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED BY FIRST CLASS MAIL A COPY OF THE ABOVE BY PLACING SAID IN THE INSTITUTIONAL MAIL BOX ADDRESSED, RANDALL E. RAVITZ, ASS. ATT. GEN. CRIMINAL BUREAU, ONE ASHBURTON PLACE, BOSTON, MA. 02108.

GREGORY DONNELLY, PRO. SE
269 TREBLE COVE R.D
BILLERICA, MA. 01862