UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREGORY DONNELLY, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-12706-RWZ |
| BERNARD BRADY, | ) |
| Respondent. | ) |

**RESPONDENTS' NOTICE OF FILING WITH CLERK'S OFFICE CONCERNING EXHIBITS TO HIS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS PETITION**

Notice is hereby given that the following Exhibits to the Respondent's Memorandum of Law in Support of His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT A.　Docket for Commonwealth v. Donnelly, Case No. 1989-02016 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT B.　Docket for Commonwealth v. Donnelly, Case No. 1989-02017 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT C.　Docket for Commonwealth v. Donnelly, Case No. 1989-02018 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT D.　Docket for Donnelly v. Middlesex Superior Court, Case No. 1993-04083 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT E.　Docket for Donnelly v. Coalter, Case No. 1995-02633 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT F.   Docket for Commonwealth v. Donnelly, Case No. 1999-01193 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT G.   Docket for Commonwealth v. Donnelly, Case No. 1999-11105 in the Suffolk County, Massachusetts, Superior Court;

EXHIBIT H.   Docket for Commonwealth v. Donnelly, Case No. 1993-P-1149 in the Massachusetts Appeals Court;

EXHIBIT I.   Docket for Commonwealth v. Donnelly, Case No. FAR-07551 in the Massachusetts Supreme Judicial Court;

EXHIBIT J.   Docket for In re Donnelly, Case No. FAR-08709 in the Massachusetts Supreme Judicial Court;

EXHIBIT K.   Docket for Commonwealth v. Donnelly, Case No. 2003-P-0186 in the Massachusetts Appeals Court;

EXHIBIT L.   Docket for Commonwealth v. Donnelly, Case No. FAR-14358 in the Massachusetts Supreme Judicial Court;

EXHIBIT M.   Commonwealth v. Donnelly, 33 Mass. App. Ct. 189, 597 N.E.2d 1060 (1992);

EXHIBIT N.   Commonwealth v. Donnelly, 413 Mass. 1107, 600 N.E.2d 1000 (1992) (table decision);

EXHIBIT O.   Commonwealth v. Donnelly, 37 Mass. App. Ct. 1117, 641 N.E.2d 1366 (1994);

EXHIBIT P.   Commonwealth v. Donnelly, 419 Mass. 1103, 646 N.E.2d 409 (1995) (table decision);

EXHIBIT Q.   Commonwealth v. Donnelly, 41 Mass. App. Ct. 1102, 668 N.E.2d 381 (1996);

EXHIBIT R.   Commonwealth v. Donnelly, 423 Mass. 1108, 671 N.E.2d 951 (1996) (table decision);

EXHIBIT S.   Commonwealth v. Donnelly, 61 Mass. App. Ct. 1121, 813 N.E.2d 584 (1996);

EXHIBIT T.   Commonwealth v. Donnelly, 442 Mass. 1111, 816 N.E.2d 1222 (2004) (table decision);

EXHIBIT U.   Letter from Gregory Donnelly to the Honorable Regina L. Quinlan of April 13, 1995 and Order of Justice Quinlan dated May 30, 1995 in connection with Commonwealth v. Donnelly, Case No. 1989-02016 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT V.   Motion to Correct Sentence filed on April 28, 1995 in connection with Commonwealth v. Donnelly, Case No. 1989-02016 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT W.   Commonwealth's Opposition to Defendant's Motion to Correct Sentence and to Defendant's Letter Treated as Motion filed on May 30, 1995 in connection with Commonwealth v. Donnelly, Case No. 1989-02016 in the Middlesex County, Massachusetts, Superior Court;

EXHIBIT X.   Motion to Correct an Illegal Sentence filed on October 16, 2002 in connection with Commonwealth v. Donnelly, Case No. 1999-11105 in the Suffolk County, Massachusetts, Superior Court;

EXHIBIT Y. Letter from Assistant District Attorney Marguerite T. Grant to the Honorable Charles T. Spurlock dated October 31, 2002 in connection with Commonwealth v. Donnelly, Case No. 1999-11105 in the Suffolk County, Massachusetts, Superior Court;

EXHIBIT Z. Order on Defendant's Motion to Correct Sentence issued by the Honorable Regina L. Quinlan on December 18, 2002;

EXHIBIT AA. Notice of Appearance of Counsel for Commonwealth filed on April 10, 2003 in connection with in connection with Commonwealth v. Donnelly, Case No. 2003-P-186 in the Massachusetts Appeals Court;

EXHIBIT BB. Motion to Strike, or, in the Alternative, an Order to Vacate the Decisionof the Middlesex Superior Court Denying Relief filed on April 24, 2003 in connection with in connection with Commonwealth v. Donnelly, Case No. 2003-P-186 in the Massachusetts Appeals Court;

EXHIBIT CC. Defendant's Affidavit in Support of Motion to Strike, or, in the Alternative, an Order to Vacate the Decisionof the Middlesex Superior Court Denying Relief filed on April 24, 2003 in connection with in connection with Commonwealth v. Donnelly, Case No. 2003-P-186 in the Massachusetts Appeals Court;

EXHIBIT DD. Commonwealth's Brief and Supplemental Record Appendix filed in connection with Commonwealth v. Donnelly, Case No. 2003-P-186 in the Massachusetts Appeals Court;

The original documents are maintained in the case file in the Clerk's Office.

                                                      Respectfully submitted,

                                                      THOMAS F. REILLY
                                                      Attorney General

                                                      /s/ Randall E. Ravitz
                                                      Randall E. Ravitz (BBO # 643381)
                                                      Assistant Attorney General
                                                      Criminal Bureau
                                                      One Ashburton Place
                                                      Boston, Massachusetts  02108
                                                      (617) 727-2200, ext. 2852

Dated:  April 15, 2005


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on April 15, 2005, by first-class mail, postage prepaid, upon:

Gregory Donnelly
Middlesex House of Correction
269 Treble Cove Road
Billerica, MA  01862

pro se                                                                      /s/ Randall E. Ravitz
                                                                            Randall E. Ravitz