UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY DONNELLY,  ) CIVIL ACTION
    PETITIONER,  )
V.  )
    ) NO-04-12706-RWZ
BERNARD BRADY, SUPERINTENDENT )
OLD COLONY CORRECTION CENTER )
    RESPONDENT,  )

## PETITIONER'S MOTION TO ENLARGE TIME

NOW COMES THE PETITIONER, GREGORY DONNELLY, ACTING PRO SE, IN THE ABOVE-ENTITLED CASE, AND RESPECTFULLY MOVES THIS HONORABLE COURT, PURSUANT TO RULE 6(b)(1-2), FED. R. CIVIL P., TO ENLARGE THE TIME WITHIN WHICH TO RESPOND TO THE PLEADING FILED BY THE RESPONDENT AND/OR HIS ATTORNEY ON APRIL 15TH 2005.

    AS GROUNDS THEREFORE, MOVANT STATES THAT HE IS PROCEEDING PRO SE

Due to his status as a prisoner confined under sentence to the Middlesex County House of Correction. That said institution is without adequate law library facilities to properly respond to the respondent's claims and/or arguments. As such, movant is forced to seek legal assistance from outside of the jail system for any and all legal research regarding the issues presented before the court -- that is, a petition for a writ of habeac corpus AND a petition for bail pending action on the said habeas application. Under the present circumstances, the respondent will not be harmed by any said enlargement of time granted in this action as the petitioner would remain incarcerated under his sentence

UNLESS AND UNTIL THIS COURT EITHER GRANTS BAIL OR CAUSES THE WRIT OF HABEAS CORPUS TO ISSUE.

WHEREFORE, IT IS RESPECTFULLY PRAYED THIS HONORABLE COURT GRANT THIS MOTION ENLARGING TIME TO REPLY UNTIL MAY 16TH 2005 FOR THE REASONS SET FORTH HEREIN, OR FOR ANY AND ALL OTHER REASONS THIS COURT MAY DEEM JUST IN THE PREMISES.

APRIL 17, 2005

RESPECTFULLY SUBMITTED,

_Gregory Donnelly_
GREGORY DONNELLY, PRO SE
PETITIONER
269 TREBLE COVE RD
BILLERICA, MA. 01862

## CERTIFICATE OF SERVICE

I, GREGORY DONNELLY, DO HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE PLEADING ON THE ATTORNEY FOR THE RESPONDENT, BY MAILING FIRST CLASS POSTAGE PAID ADDRESSED,

> RANDALL RAVITZ
> ASS ATTORNEY GENERAL
> CRIMINAL BUREAU
> ONE ASHBURTON PLACE
> BOSTON, MA. 02108

DATED APRIL 17, 2005

*Gregory Donnelly*
GREGORY DONNELLY PRO SE