Gregory Donnelly
Billerica H.O.C.
269 Treble Cove Rd
Billerica, MA. 01862

Anthony Anastas, Clerk
United States District Court for Massachusetts
Room 2300
1 Courthouse Way
Boston, MA. 02210

June 16, 2005

RE: Gregory Donnelly v. Bernard Brady
U.S.D.C. Civ. No. 04-12706-RWZ

Dear Mr Anastas;

On June 3rd 2005 I wrote you requesting the docket entries in the above entitled case to no avail.

I'm the petitioner in the above case and would once again request a copy of the docket entries in the above entitled case.

Thanking you for your time in this matter.

Respectfully
Gregory Donnelly
Gregory Donnelly Pro. Se

cc file.