UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREGORY DONNELLY,<br><br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12706-RWZ<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS SUPPLEMENTARY BRIEF IN SUPPORT OF
HIS MOTION TO DISMISS PETITION**

Notice is hereby given that the following Exhibits to the Respondent's Supplementary Brief in Support of His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT EE. Docket in connection with Commonwealth v. Gregory Donnelly, Case Nos. 74020 and 74021 in the Plymouth County, Massachusetts, Superior Court ("Plymouth Docket Nos. 74020 & 74021");

EXHIBIT FF. Booking Search Results, Sentencing Information, and Inmate Sentence Listings concerning Gregory Donnelly supplied by the Massachusetts Department of Correction ("DOC Reports");

EXHIBIT GG. Docket in connection with Commonwealth v. Gregory Donnelly, Case No. 8763-CR-1939 in the Gardner, Massachusetts, District Court ("Gardner Docket No. 8763-CR-1939");

EXHIBIT HH.   Exhibit 8 to the Habeas Corpus Petition filed by the Petitioner, a Massachusetts Department of Correction Administrative Chronology concerning Gregory Donnelly ("Administrative Chronology");

EXHIBIT II.   Indictments and initially prepared dockets in connection with Commonwealth v. Gregory Donnelly, Case Nos. 1989-02016 through 1989-02018 in the Middlesex County, Massachusetts, Superior Court ("Middlesex Indictments & Initial Dockets");

EXHIBIT JJ.   Order revising and revoking sentence dated February 28, 1990 in connection with Commonwealth v. Gregory Donnelly, Case No. 1989-02016 in the Middlesex County, Massachusetts, Superior Court ("Order of Feb. 28, 1990"); and

EXHIBIT KK.   Chart:  Selected Litigation Events, with Better Interpretation and Alternate Interpretation of Activity

The original documents are maintained in the case file in the Clerk's Office.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                Attorney General

                                                /s/ Randall E. Ravitz
                                                Randall E. Ravitz (BBO # 643381)
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts  02108
                                                (617) 727-2200, ext. 2852

Dated:  August 26, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on August 26, 2005, by first-class mail, postage prepaid, upon:

Gregory Donnelly
Middlesex House of Correction
269 Treble Cove Road
Billerica, MA  01862

pro se                                                           /s/ Randall E. Ravitz
                                                                  Randall E. Ravitz