GREGORY DONNELLY
269 TREBLE COVE RD
BILLERICA, MA. 01862

ANTHONY ANASTAS, CLERK
UNITED STATES DISTRICT COURT FOR MASSACHUSETTS
ROOM 2300
1 COURTHOUSE WAY
BOSTON, MA. 02210                                    August 20, 2005

RE: GREGORY DONNELLY V. BERNARD BRADY,
    U.S.D.C. CIV. NO. 04-12706-RWZ

DEAR MR. ANASTAS,

On August 19, 2005 I received notice from the court granting motion for extention of time to file brief for the respondent in the above matter, (see attached A).

Could you please bring to the attention of this honorable court that this petetioner was never served or provided notice from the respondents regarding the enclosed motion for extention of time. This petetioner only became aware that respondents had filed for additional time to file brief after this court had ruled on such, see attached A, could you please inform the court of such and note my objection.

FOR THE RECORD.

In closing. Could you please provide me with a copy of the Docket Entries in the above entitled case. I thank you for your help and assistance bringing this matter to the court's attention and for forwarding me the Docket Entries in this matter.

Respectfully

*Gregory Donnelly*

GREGORY DONNELLY, PRO. SE

CC AFF. GEN OFFICE
   RANDALL RAVITZ

FILE.

ATTACHED A

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Urso, Lisa entered on 8/18/2005 at 9:41 AM EDT and filed on 8/18/2005
Case Name:      Donnelly v. Brady
Case Number:    1:04-cv-12706
Filer:
Document Number:

Docket Text:
Judge Rya W. Zobel : electronicORDER entered granting [18] Motion for Extension of Time to File. Brief due 8/26/05; petitioners due 9/9/05. (Urso, Lisa)

The following document(s) are associated with this transaction:

1:04-cv-12706 Notice will be electronically mailed to:

Randall E. Ravitz     randall.ravitz@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

1:04-cv-12706 Notice will not be electronically mailed to:

Gregory Donnelly
Billerica House of Correction
269 Treble Cove Road
Billerica, MA 01862