UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY DONNELLY )  CIVIL ACTION
    PETITIONER, )
V. )
   ) NO-04-12706-RWZ
BERNARD BRADY, SUPERINTENDENT )
OLD COLONY CORRECTION CENTER, )
    RESPONDENT, )

### PETITIONER'S MOTION TO ENLARGE TIME

NOW COMES THE PETITIONER, GREGORY DONNELLY, ACTING PRO. SE, IN THE ABOVE ENTITLED CASE, AND RESPECTFULLY MOVES THIS HONORABLE COURT, PURSUANT TO RULE 6(b)(1-2), FED. R. CIVIL P., TO ENLARGE THE TIME WITHIN WHICH TO RESPOND TO THE RESPONDENT'S SUPPLEMENTARY BRIEF FILED BY THE RESPONDENT AND/OR HIS ATTORNEY ON AUGUST 26, 2005.

AS GROUNDS THEREFORE, MOVANT STATES THAT HE IS PROCEEDING PRO SE DUE TO HIS STATUS AS A PRISONER CONFINED UNDER

SENTENCE TO THE MIDDLESEX COUNTY HOUSE OF CORRECTION. THAT SAID INSTITUTION IS WITHOUT ADEQUATE LAW LIBRARY FACILITIES TO PROPERLY RESPOND TO THE RESPONDENT'S CLAIMS AND/OR ARGUMENTS. AS SUCH, MOVANT IS FORCED TO SEEK LEGAL ASSISTANCE FROM OUTSIDE OF THE JAIL SYSTEM FOR ANY AND ALL LEGAL RESEARCH REGARDING THE ISSUES PRESENTED BEFORE THE COURT - - - THAT IS, RESPONDENT'S SUPPLEMENTARY BRIEF TO THIS PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS AND A PETITION FOR BAIL PENDING ACTION ON THE SAID HABEAS APPLICATION. UNDER THE PRESENT CIRCUMSTANCES, THE RESPONDENT WILL NOT BE HARMED BY ANY SAID ENLARGEMENT OF THE GRANTED IN THIS ACTION AS THE PETITIONER WOULD REMAIN INCARCERATED UNDER HIS SENTENCE UNLESS AND UNTIL THIS COURT EITHER GRANTS BAIL OR CAUSES THE WRIT OF HABEAS CORPUS TO ISSUE.

**WHEREFORE**, It is respectfully prayed this Honorable Court grant this motion enlarging time to reply until Sept 26, 2005 for the reasons set forth herein, or for any and all other reasons this court may deem just in the premises.

Sept 8, 2005

Respectfully Submitted

*Gregory Donnelly*

Gregory Donnelly, Pro Se
Petitioner
269 Treble Cove Rd
Billerica, MA. 01862

Certificate of Service

I Gregory Donnelly, do hereby certify that I have served a copy of the above pleading to the attorney for the respondent, by placing said in the institutional mail box, postage paid first class addressed, Randall Ravitz, Ass Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA. 02108.    Date Sept 8, 2002

*Gregory Donnelly*
Gregory Donnelly, Pro Se