UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY DONNELLY<br>PETITIONER,<br><br>V.<br><br>BERNARD BRADY, SUPERINTENDENT<br>OLD COLONY CORRECTION CENTER<br>RESPONDENT, | CIVIL ACTION<br><br>NO-04-12706-RWZ |

## PETITIONER'S MOTION TO FURTHER ENLARGE TIME

NOW COMES THE PETITIONER, GREGORY DONNELLY, ACTING PRO. SE, IN THE ABOVE ENTITLED CASE, AND RESPECFULLY MOVES THIS HONORABLE COURT, PURSUANT TO RULE 6(b)(1-2), FED. R CIVIL P., TO ENLARGE THE TIME WITHIN WHICH TO RESPOND TO THE RESPONDENT'S SUPPLEMENTARY BRIEF FILED BY THE RESPONDENT ON AUGUST 26, 2005.

AS GROUNDS THEREFORE, MOVANT STATES THAT HE IS PRO SE, WORKING WITHOUT ADEQUATE LAW LIBRARY FACILITIES TO WHICH MOVANT IS FORCED TO SEEK LEGAL ASSISTANCE FROM OUTSIDE

-2-

THE JAIL SYSTEM. THIS PETITIONER RELIES ON THE U.S. POSTAL SERVICE TO RECEIVE ANY AND ALL LEGAL RESEARCH/WRITINGS FROM LEGAL ADVOCATE ASSISTING HIM IN THIS CASE. MOVANT IS NOW WAITING ON THE ASSISTANCE HE REQUESTED IN PREPAR.'G AND FILING HIS RESPONSE TO RESPONDEN'S SUPPLEMENTARY BRIEF.

WHEREFORE, IT IS RESPECTFULLY PRAYE THIS HONORABLE COURT GRANT THIS MOTION TO ENLARGE TIME FOR AN ADDITIONAL 10 DAY OR OCT. 7, 2005 TO REPLY TO RESPONDE'T FOR REASONS SET FORTH HEREIN, OR FOR ANY. ND ALL OTHER REASONS THIS COURT MAY DEEM JUST N THE PREMISES.

SEPTEMBER 23, 2005

RESPECTFULLY SUBMITTED

*Gregory Donnelly* (signature)

GREGORY DONNELLY, PRO, SE.
PETITIONER
269 TREBLE COVE RD
BILLERICA, MA. 01862

# CERTIFICATE OF SERVICE

I GREGORY DONNELLY, DO HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE PLEADING TO THE ATTORNEY FOR THE RESPONDENT, BY PLACING SAID IN THE INSTITUTIONAL MAIL BOX, POSTAGE PAID FIRST CLASS, ADDRESSED

    RANDALL RAVITZ,
    ASS. ATT. GENERAL
    CRIMINAL BUREAU
    ONE ASHBURTON PLACE
    BOSTON, MA. 02108

DATED SEPTEMBER 23, 2005    _____
                                          GREGORY DONNELLY, PRO SE.
                                          PETITIONER
                                          269 TREBLE COVE RD.
                                          BILLERICA, MA. 01821