Gregory Donnelly
269 Treble Cove Rd
Billerica, MA. 01862

Anthony Hnastas, Clerk
United States District Court for Massachusetts
Room 2300
1 Courthouse Way
Boston, MA. 02210                    November 14, 2005

RE: <u>Gregory Donnelly v. Bernard Brady</u>
    <u>U.S.D.C. Civ. No. 04-12706-RWZ</u>

Mr. Hnastas,

I am the Petitioner in the above entitled case.

On October 31, 2005 I requested a copy of the docket entries in this case to no avail, (see attached <u>A</u>).

I'm again respectfully requesting a copy of the docket entries in the above case. The docket entries are needed by this Petitioner in this matter.

Thank you for your time in this matter.

                              Respectfully
                              [signature]
                              Gregory Donnelly, Pro.Se.

CC file.