GREGORY DONNELLY
269 TREBLE COVE RD
BILLERICA, MA. 01862

ANTHONY ANASTAS, CLERK, ATT: JAY JOHNSON (RWZ)
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY / 2300
BOSTON, MA. 02210

FILED
IN CLERKS OFFICE

2006 APR -3  P 3: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

MARCH 31, 2006

RE: DONNELLY V. BRADY, USDC NO. 04-CV-12706 (RWZ)

DEAR MR ANASTAS / JAY JOHNSON, CLERK (RWZ)

I'M THE PETITIONER IN THE ABOVE ENTITLED CASE. I CALLED JAY JOHNSON ON MARCH 24TH & MARCH 27TH REGARDING THE STATUS OF THE ABOVE CASE TO NO AVAIL, HOWEVER, I LEFT MESSAGES ON JAY JOHNSON'S VOICE MAIL & REQUESTED AN UPDATE OF THE DOCKET ENTRIES IN THIS MATTER. I'M NOW WRITING RESPECTFULLY ASKING THE STATUS OF THIS CASE AND/OR THE RESPONSE BY PETITIONER TO 19 SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (SEE DOCKET ENTRY #25). I'M IN NO WAY RUSHING THIS HONORABLE COURT, I'M JUST NERVOUS AND CONCERNED REGARDING THE OUTCOME SINCE I'VE SERVED YEARS BEYOND THE PLEA PROMISS I ENTERED INTO WITH THE LOWER COURTS. I WOULD ALSO REQUEST AN UPDATE OF THE DOCKET ENTRIES IN THE ABOVE CASE.

THANK YOU FOR YOUR TIME AND ATTENTION TO THIS MATTER BEFORE YOU.

RESPECTFULLY

GREGORY DONNELLY

CC FILE.