DISTRICT OF MASSACHUSETTS

GREGORY DONNELLY )
  PETITIONER, )
)
V. ) NO. 1:04-CV-12706-RWZ
)
BERNARD BRADY, SUPERINTENDENT )
OLD COLONY CORRECTIONAL CENTER )
  RESPONDENT, )

FILED
IN CLERKS OFFICE
CIVIL ACTION
2006 APR 17 P 4:39
U.S. DISTRICT COURT
DISTRICT OF MASS

APRIL 13, 2006

## PETITIONER'S NOTICE OF CHANGE OF ADDRESS

NOW COMES GREGORY DONNELLY, THE PETITIONER, ACTING PRO SE IN THE ABOVE-CAPTIONED AND NUMBERED ACTION, AND RESPECTFULLY NOTIFIES THIS HONORABLE COURT OF HIS CHANGE OF ADDRESS

FROM: BILLERICA HOC
269 TREBLE COVE RD
BILLERICA, MA. 01862

TO: CAMBRIDGE JAIL
P.O. BOX 97
CAMBRIDGE, MA. 02141

RESPECTFULLY SUBMITTED BY THE PETITIONER, THANK YOU FOR YOUR TIME.

ATT GEN OFF.
CC FILE.

RESPECTFULLY
_Gregory Donnelly_
GREGORY DONNELLY

# CERTIFICATE OF SERVICE

I, GREGORY DONNELLY HEREBY SAY THAT I HAVE SERVED A COPY OF THE ABOVE (CHANGE OF ADDRESS) TO THE RESPONDENT IN THE ABOVE ENTITLED CASE POSTAGE PREPAID, ADDRESS TO: RANDELL E RAVITZ, ATTORNY GENERAL'S OFFICE, ONE ASHBURTON PLACE, BOSTON MA. 02108 BY PLACING SAID IN THE JAIL MAIL BOX MARKED U.S. MAIL.

APRIL 13, 2006

*Gregory Donnelly*
GREGORY DONNELLY
P.O. BOX 97
CAMBRIDGE, MA. 02141