UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY DONNELLY )  CIVIL ACTION
   PETITIONER, )
) NO 1:04-CV-12706-RWZ
V. )
)
BERNARD BRADY, SUPERINTENDENT )
OLD COLONY CORRECTIONAL CENTER )
   RESPONDENT, )
) JUNE 19, 2006

## PETITIONER'S NOTICE OF CHANGE OF ADDRESS

NOW COMES GREGORY DONNELLY, THE PETITIONER, ACTING PRO SE IN THE ABOVE ENTITLED CASE AND NUMBERED ACTION, AND RESPECTFULLY NOTIFIES THIS HONORABLE COURT OF HIS CHANGE OF ADDRESS:

FROM: CAMBRIDGE JAIL
P.O. BOX 907
CAMBRIDGE, MA. 02141

TO: BILLERICA H.O.C.
269 TREBLE COVE RD
BILLERICA, MA. 01862

RESPECTFULLY SUBMITTED BY THE PETITIONER.
THANK YOU FOR YOUR TIME.

CC ATT. GEN OFF.
FILE.

RESPECTFULLY
Gregory Donnelly
GREGORY DONNELLY

# CERTIFICATE OF SERVICE

I, GREGORY DONNELLY, HEREBY SAY THAT I HAVE SERVED A COPY OF THE ABOVE (CHANGE OF ADDRESS 6-19-06) TO THE RESPONDENT IN THE ABOVE ENTITLED CASE POSTAGE PRE-PAID, ADDRESS TO: RANDELLE RAVITZ, ATTORNEY GENERAL'S OFFICE, ONE ASHBURTON PLACE, BOSTON, MA. 02108 BY PLACING SAID IN THE JAIL MAIL BOX MARKED U.S. MAIL.

JUNE 19, 2006

Gregory Donnelly
GREGORY DONNELLY
269 TREBLE COVE RD
BILLERICA, MA. 01862