GREGORY DONNELLY
269 TREBLE COVE RD   "W/R"
BILLERICA, MA. 01862

FILED
CLERKS OFFICE

2006 AUG -8  P 2: 13

U.S. DISTRICT COURT

ANTHONY ANASTAS, CLERK
UNITED STATES DISTRICT COURT FOR MASSACHUSETTS
ROOM 2300
1 COURTHOUSE WAY
BOSTON, MA. 02210

AUG 5, 2006

RE: GREGORY DONNELLY V. BERNARD BRADY
    U.S.D.C. CIV. NO. 04-12706 - RWZ

MR. ANASTAS,

   I AM THE PETITIONER IN THE ABOVE ENTITLED CASE. COULD YOU PLEASE SEND ME THE DOCKET ENTRIES IN THE ABOVE CASE.

   THANK YOU FOR YOUR TIME AND ATTENTION TO THIS MATTER BEFORE YOU.

RESPECTFULLY
*Gregory Donnelly*
GREGORY DONNELLY PRO SE.

CC FILE.