UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY DONNELLY
        Petitioner

                CIVIL ACTION

   V.

                NO. 04CV12706-RWZ

BERNARD BRADY
        Respondent

### ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum and Order dated 8/22/06 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                By the Court,

8/22/06                                    s/ Lisa A. Urso
Date                                        Deputy Clerk

(2254dism.ord - 09/92)                                                           [odism.]