```
                              FILED   Gregory Donnelly
                          ERKS OF Petitioner
                                      Billerica House of Correction
                                      269 Treble Cove Road
                       2006 AUG 24  P 2: 04erica, MA 01862

                          U.S. DISTRICT COURT
                          DISTRICT OF MAugust 16, 2006
```

Anthony Anastas, Clerk
United States District Court
 for Massachusetts
U.S. Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210


Re: Donnelly v. Brady
    Civil Action No. 04-12706-RWZ


Mr. Anastas:

   I write to request your assistance in ascertaining the current status of my "motion for stay of sentence and bail pending resolution of the instant habeas corpus proceeding", filed in this action on December 28, 2004. (Copy of docket entry sheet is enclosed, marked as Attachment "1").

   A review of my initial cover letter in this matter reveals that my motion for bail was filed simultaneously with my application for a writ of habeas corpus. (Copy of said cover letter is enclosed, marked as Attachement "2"). Further, page #1 of the docket sheets indicate receipt of my motion for bail -- "Cause: 28:2254 Ptn for Writ of H/C - <u>Stay of Execution</u>". (emphasis added).

   To date, the respondent has failed to respond to, or otherwise oppose, my release on bail. Moreover, in light of the fact that I am soon to be released from incarceration to a from-and-after term of probation, and this case has languished on the docket since October 7, 2005, it has become imperative that your court immediately entertain my motion for bail/stay of execution of sentence. I am certain you are aware that "justice delayed, is justice denied."

   Please advise me of your findings regarding this matter at your earliest possible convenience.

   Thank you.

                                       Very truly yours,

                                       /s/ Gregory Donnelly
Encl's                                 Gregory Donnelly, <u>pro se</u>

cc: R.E. Ravitz, AAG
    file

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12706-RWZ

FILED
CLERKS OFFICE
2006 AUG 24 P 2: 04
U.S. DISTRICT COURT
DISTRICT OF MASS

Donnelly v. Brady
Assigned to: Judge Rya W. Zobel
Cause: 28:2254 Ptn for Writ of H/C - Stay of Execution

Date Filed: 12/28/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

Gregory Donnelly     represented by   Gregory Donnelly
                                      Billerica House of Correction
                                      269 Treble Cove Road
                                      Billerica, MA 01862
                                      PRO SE

V.

**Respondent**

Bernard Brady        represented by   Randall E. Ravitz
*Acting Superintendent at Old Colony*                Office of the Attorney General
*Correctional Center*                One Ashburton Place
                                      Boston, MA 02108
                                      617-727-2200 ext.2852
                                      Fax: 617-727-5755
                                      Email: randall.ravitz@ago.state.ma.us
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 § 5, receipt number 61030, filed by Gregory Donnelly. (Attachments: # 1 Part 1# 2 Part 2# 3 Part 3# 4 Civil Cover Sheet # 5)(Johnson, Jay) (Entered: 12/29/2004) |
| 12/28/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Johnson, Jay) (Entered: 12/29/2004) |
| 01/07/2005 |  | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. In accordance with the Rules governing ?2254 proceedings, respondent shall file any responsive pleading by 2/3/05. |

ATTACHMENT "1"

8/9/2006 10:15 AM

| | | |
|---|---|---|
| | | (Urso, Lisa) (Entered: 01/07/2005) |
| 01/12/2005 | 2 | NOTICE of Change of Address by Gregory Donnelly (Johnson, Jay) (Entered: 01/13/2005) |
| 02/02/2005 | 3 | NOTICE of Appearance by Randall E. Ravitz on behalf of Bernard Brady (Johnson, Jay) (Entered: 02/03/2005) |
| 02/02/2005 | 4 | MOTION for Extension of Time to 3/4/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Bernard Brady.(Johnson, Jay) (Entered: 02/03/2005) |
| 02/09/2005 | 5 | RESPONSE to Motion re 4 MOTION for Extension of Time to 3/4/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. (Johnson, Jay) (Entered: 02/15/2005) |
| 03/04/2005 | 6 | MOTION for Extension of Time to 3/25/05 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) by Bernard Brady.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/09/2005 | 7 | Opposition re 6 MOTION for Extension of Time to 3/25/05 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/21/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 4 Motion for Extension of Time to Answer nunc pro tunc 2/3/05 (Urso, Lisa) (Entered: 03/22/2005) |
| 03/22/2005 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 6 Motion for Extension of Time to File Response/Reply re 6 MOTION for Extension of Time to 3/25/05 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) Responses due by 3/25/2005 (Johnson, Jay) (Entered: 03/22/2005) |
| 03/28/2005 | 8 | MOTION for Extension of Time to 4/15/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Bernard Brady.(Johnson, Jay) (Entered: 03/29/2005) |
| 03/30/2005 | 9 | Opposition re 8 MOTION for Extension of Time to 4/15/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. (Johnson, Jay) (Entered: 03/30/2005) |
| 04/01/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 8 Motion for Extension of Time to Answer to 4/15/05. (Urso, Lisa) (Entered: 04/04/2005) |
| 04/15/2005 | 10 | MOTION to Dismiss *Petition* by Bernard Brady.(Ravitz, Randall) (Entered: 04/15/2005) |
| 04/15/2005 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss *Petition* filed by Bernard Brady. (Ravitz, Randall) (Entered: 04/15/2005) |
| 04/15/2005 | 12 | APPENDIX/EXHIBIT *Notice of Filing with Clerk's Office* by Bernard Brady. (Ravitz, Randall) (Entered: 04/15/2005) |

| 04/22/2005 | ●13 | MOTION for Extension of Time to File Response/Reply as to 10 MOTION to Dismiss *Petition* by Gregory Donnelly.(Johnson, Jay) (Entered: 04/26/2005) |
|---|---|---|
| 05/02/2005 | ● | Judge Rya W. Zobel : electronicORDER entered granting 13 Motion for Extension of Time to File Response/Reply re 10 MOTION to Dismiss *Petition* Responses due by 5/16/2005 (Urso, Lisa) (Entered: 05/02/2005) |
| 05/16/2005 | ●14 | Opposition re 10 MOTION to Dismiss *Petition* filed by Gregory Donnelly. (Johnson, Jay) (Entered: 05/17/2005) |
| 06/20/2005 | ●15 | Letter/request (non-motion) from Gregg Donnelly requesting docket. (Johnson, Jay) (Entered: 06/21/2005) |
| 06/21/2005 | ● | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) (Entered: 06/21/2005) |
| 07/08/2005 | ●16 | Letter/request (non-motion) from Gregory Donnelly regarding 2254 petition. (exhibits unscanned because of size) (Johnson, Jay) (Entered: 07/11/2005) |
| 07/14/2005 | ●17 | Judge Rya W. Zobel : Memorandum of Decision ORDER entered. MEMORANDUM of Decision; The Commonwealth shall file this supplementary brief by Aug. 17, 2005. peitioner within 2 weeks file a responsive brief that identifies any corrections.(Urso, Lisa) (Entered: 07/19/2005) |
| 08/17/2005 | ●18 | MOTION for Extension of Time to August 26, 2005 to File *Supplementary Brief in Support of Motion to Dismiss* by Bernard Brady.(Ravitz, Randall) (Entered: 08/17/2005) |
| 08/18/2005 | ● | Judge Rya W. Zobel : electronicORDER entered granting 18 Motion for Extension of Time to File. Brief due 8/26/05; petitioners due 9/9/05. (Urso, Lisa) (Entered: 08/18/2005) |
| 08/24/2005 | ●21 | Letter/request (non-motion) from Gregory Donnelly regarding service of motion. (Johnson, Jay) (Entered: 08/30/2005) |
| 08/26/2005 | ●19 | Supplemental MEMORANDUM in Support re 10 MOTION to Dismiss *Petition* filed by Bernard Brady. (Ravitz, Randall) Additional attachment(s) added on 8/31/2005 (Johnson, Jay). (Entered: 08/26/2005) |
| 08/26/2005 | ●20 | APPENDIX/EXHIBIT re 19 Memorandum in Support of Motion - *Notice of Filing with Clerk's Office* by Bernard Brady. (Ravitz, Randall) (Entered: 08/26/2005) |
| 08/31/2005 | ●22 | Letter/request (non-motion) from Gregory Donnelly regarding service of motion to extend. (Johnson, Jay) (Entered: 09/01/2005) |
| 09/09/2005 | ●23 | MOTION for Extension of Time to respond to defendants supplementary brief by Gregory Donnelly.(Johnson, Jay) (Entered: 09/13/2005) |

| 09/26/2005 | ●24 | MOTION for Extension of Time to 10/7/05 to Reply to Respondents Supplementary Brief by Gregory Donnelly.(Johnson, Jay) (Entered: 09/27/2005) |
| --- | --- | --- |
| 10/04/2005 | ● | Judge Rya W. Zobel : ElectronicORDER entered granting 23 Motion for Extension of Time, granting 24 Motion for Extension of Time. Brief 10/7/05. (Urso, Lisa) (Entered: 10/04/2005) |
| 10/07/2005 | ●25 | Response by Gregory Donnelly to 19 Supplemental Memorandum in Support of Motion to dismiss. (Johnson, Jay) (Entered: 10/11/2005) |
| 11/16/2005 | ●26 | Letter/request (non-motion) from Gregory Donnelly requesting copie's. (Johnson, Jay) (Entered: 11/17/2005) |
| 11/17/2005 | ● | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) (Entered: 11/17/2005) |
| 04/03/2006 | ●27 | Letter/request (non-motion) from Gregory Donnelly requesting docket sheet. (Johnson, Jay) (Entered: 04/04/2006) |
| 04/04/2006 | ● | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) (Entered: 04/04/2006) |
| 04/17/2006 | ●28 | NOTICE of Change of Address by Gregory Donnelly (Sonnenberg, Elizabeth) (Entered: 04/18/2006) |
| 06/19/2006 | ●29 | NOTICE of Change of Address by Gregory Donnelly (Johnson, Jay) (Entered: 06/20/2006) |
| 08/08/2006 | ●30 | Letter/request (non-motion) from Gregory Donnelly requesting copies. (Johnson, Jay) (Entered: 08/09/2006) |

Gregory M. Donnelly
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

December 20, 2004

Anthony Anastas, Clerk
United States District Court
 for Massachusetts
Room 2300
1 Courthouse Way
Boston, MA 02210

Re: Gregory M. Donnelly v. Bernard Brady,
    U.S.D.C. Civ. No. _____

Mr. Anastas:

   Please find enclosed for filing in the above-entitled civil action the following material:

   1. Civil Cover Sheet;

   2. Category Sheet;

   3. Application for a Writ of Habeas Corpus
      -- 28 U.S.C. § 2254

   4. Petitioner's Memorandum in Support, etc.,
      with attachments; and,

   5. Petition for Bail.

   Please further note that I have enclosed an original and two copies of the above-referenced materials to facilitate the filing and service of same on the respondent and his counsel.

   I have also enclosed a check in the amount of five ($5.00) dollars to pay the filing fee in this action, payable to the clerk.
   Please docket same.

   Thank you.

                                    Very truly yours,


                                    _____
                                    Gregory M. Donnelly

Encl's

cc: file

                                              ATTACHMENT "2"