UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 SEP 20 P 2:48
U.S. DISTRICT COURT
DISTRICT OF MASS

GREGORY M. DONNELLY,
Petitioner,

v.

BERNARD BRADY,
Respondent.

CIVIL ACTION
No. 04-12706-RWZ

NOTICE OF APPEAL
AND
REQUEST FOR A CERTIFICATE OF APPEALABILITY

Gregory M. Donnelly, the petitioner, acting pro se, hereby gives notice of appeal from the judgment and order of this Court (Zobel, J.) dismissing his petition for a writ of habeas corpus, pursuant to Federal Rules of Civil Procedure 12(b), as time barred by the applicable statute of limitations, on August 22, 2006; and further requests that a certificate of appealability issue, pursuant to 28 U.S.C. § 2253, where reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'" Barefoot v. Estelle, 463 U.S. 880 (1983); and Slack v. McDaniels, 529 U.S. 473, 483-84 (2000).

In support hereof, movant states that his rights to due process of law were violated by the respondent under the holding of Santobello v. New York, 404 U.S. 257, 261-62 (1971); and Ricketts v. Adamson, 483 U.S. 1, 6 n.3 (1987); and the district court's holding in this case is contrary to as well as

-2-

an unreasonable application of 28 U.S.C. § 2244(d)(1)(A), as
interpreted by Frasch v. Peguese, 414 F.3d 518, 522 (4th Cir.
2005); Buckley v. Terhune, 441 F.3d 688 (9th Cir. 2006), cert.
filed, Tilton v. Buckley, Supreme Court No. 05-1623 (6/15/06);
and, Rodriguez v. Spencer, 412 F.3d 29, 33 (1st Cir. 2005),
citing Carey v. Saffold, 536 U.S. 214, 223 (2004).

Dated: SEPT 15, 2006                    Respectfully submitted,

                                        Gregory M. Donnelly, pro se
                                        Petitioner-Appellant
                                        Billerica House of Correction
                                        269 Treble Cove Road
                                        Billerica, MA 01862

CERTIFICATE OF SERVICE

I hereby certify that on the below
date I served a true copy of the above
pleading on the respondent's attorney
by mailing same to his usual place of
business by first class United States
mail, postage pre-paid.

Dated: SEPT 15, 2006   _____
                       Gregory M. Donnelly