UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12706

Gregory Donnelly

v.

Bernard Brady

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-34

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/20/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 5, 2006.

Sarah A Thornton, Clerk of Court

By: _/s/_____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __10/5/06__.

_/s/ Barchard_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12706-RWZ

| | |
|---|---|
| Donnelly v. Brady | Date Filed: 12/28/2004 |
| Assigned to: Judge Rya W. Zobel | Jury Demand: None |
| Cause: 28:2254 Ptn for Writ of H/C - Stay of Execution | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Gregory Donnelly**      represented by **Gregory Donnelly**
Billerica House of Correction
269 Treble Cove Road
Billerica, MA 01862
PRO SE

V.

**Respondent**

**Bernard Brady**
*Acting Superintendent at Old Colony Correctional Center*
     represented by **Randall E. Ravitz**
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200 ext.2852
Fax: 617-727-5755
Email: randall.ravitz@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 61030, filed by Gregory Donnelly. (Attachments: # 1 Part 1# 2 Part 2# 3 Part 3# 4 Civil Cover Sheet # 5)(Johnson, Jay) (Entered: 12/29/2004) |
| 12/28/2004 | | If the trial Judge issues an Order of Reference of any matter in |

| | | | |
|---|---|---|---|
| | | | this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Johnson, Jay) (Entered: 12/29/2004) |
| 01/07/2005 | | | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. In accordance with the Rules governing ?2254 proceedings, respondent shall file any responsive pleading by 2/3/05. (Urso, Lisa) (Entered: 01/07/2005) |
| 01/12/2005 | | 2 | NOTICE of Change of Address by Gregory Donnelly (Johnson, Jay) (Entered: 01/13/2005) |
| 02/02/2005 | | 3 | NOTICE of Appearance by Randall E. Ravitz on behalf of Bernard Brady (Johnson, Jay) (Entered: 02/03/2005) |
| 02/02/2005 | | 4 | MOTION for Extension of Time to 3/4/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Bernard Brady. (Johnson, Jay) (Entered: 02/03/2005) |
| 02/09/2005 | | 5 | RESPONSE to Motion re 4 MOTION for Extension of Time to 3/4/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. (Johnson, Jay) (Entered: 02/15/2005) |
| 03/04/2005 | | 6 | MOTION for Extension of Time to 3/25/05 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) by Bernard Brady.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/09/2005 | | 7 | Opposition re 6 MOTION for Extension of Time to 3/25/05 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/21/2005 | | | Judge Rya W. Zobel : endorsedORDER entered granting 4 Motion for Extension of Time to Answer nunc pro tunc 2/3/05 (Urso, Lisa) (Entered: 03/22/2005) |
| 03/22/2005 | | | Judge Rya W. Zobel : Electronic ORDER entered granting 6 Motion for Extension of Time to File Response/Reply re 6 MOTION for Extension of Time to 3/25/05 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) Responses due by 3/25/2005 (Johnson, Jay) (Entered: 03/22/2005) |

| 03/28/2005 | 8 | MOTION for Extension of Time to 4/15/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Bernard Brady.(Johnson, Jay) (Entered: 03/29/2005) |
|---|---|---|
| 03/30/2005 | 9 | Opposition re 8 MOTION for Extension of Time to 4/15/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) filed by Gregory Donnelly. (Johnson, Jay) (Entered: 03/30/2005) |
| 04/01/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 8 Motion for Extension of Time to Answer to 4/15/05. (Urso, Lisa) (Entered: 04/04/2005) |
| 04/15/2005 | 10 | MOTION to Dismiss *Petition* by Bernard Brady.(Ravitz, Randall) (Entered: 04/15/2005) |
| 04/15/2005 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss *Petition* filed by Bernard Brady. (Ravitz, Randall) (Entered: 04/15/2005) |
| 04/15/2005 | 12 | APPENDIX/EXHIBIT *Notice of Filing with Clerk's Office* by Bernard Brady. (Ravitz, Randall) (Entered: 04/15/2005) |
| 04/22/2005 | 13 | MOTION for Extension of Time to File Response/Reply as to 10 MOTION to Dismiss *Petition* by Gregory Donnelly. (Johnson, Jay) (Entered: 04/26/2005) |
| 05/02/2005 |  | Judge Rya W. Zobel : electronicORDER entered granting 13 Motion for Extension of Time to File Response/Reply re 10 MOTION to Dismiss *Petition* Responses due by 5/16/2005 (Urso, Lisa) (Entered: 05/02/2005) |
| 05/16/2005 | 14 | Opposition re 10 MOTION to Dismiss *Petition* filed by Gregory Donnelly. (Johnson, Jay) (Entered: 05/17/2005) |
| 06/20/2005 | 15 | Letter/request (non-motion) from Gregg Donnelly requesting docket. (Johnson, Jay) (Entered: 06/21/2005) |
| 06/21/2005 |  | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) (Entered: 06/21/2005) |
| 07/08/2005 | 16 | Letter/request (non-motion) from Gregory Donnelly regarding 2254 petition. (exhibits unscanned because of size) (Johnson, Jay) (Entered: 07/11/2005) |
| 07/14/2005 | 17 | Judge Rya W. Zobel : Memorandum of Decision ORDER entered. MEMORANDUM of Decision; The Commonwealth shall file this supplementary brief by Aug. 17, 2005. peitioner |

|  |  |  |
|---|---|---|
|  |  | within 2 weeks file a responsive brief that identifies any corrections.(Urso, Lisa) (Entered: 07/19/2005) |
| 08/17/2005 | 18 | MOTION for Extension of Time to August 26, 2005 to File *Supplementary Brief in Support of Motion to Dismiss* by Bernard Brady.(Ravitz, Randall) (Entered: 08/17/2005) |
| 08/18/2005 |  | Judge Rya W. Zobel : electronicORDER entered granting 18 Motion for Extension of Time to File. Brief due 8/26/05; petitioners due 9/9/05. (Urso, Lisa) (Entered: 08/18/2005) |
| 08/24/2005 | 21 | Letter/request (non-motion) from Gregory Donnelly regarding service of motion. (Johnson, Jay) (Entered: 08/30/2005) |
| 08/26/2005 | 19 | Supplemental MEMORANDUM in Support re 10 MOTION to Dismiss *Petition* filed by Bernard Brady. (Ravitz, Randall) Additional attachment(s) added on 8/31/2005 (Johnson, Jay). (Entered: 08/26/2005) |
| 08/26/2005 | 20 | APPENDIX/EXHIBIT re 19 Memorandum in Support of Motion - *Notice of Filing with Clerk's Office* by Bernard Brady. (Ravitz, Randall) (Entered: 08/26/2005) |
| 08/31/2005 | 22 | Letter/request (non-motion) from Gregory Donnelly regarding service of motion to extend. (Johnson, Jay) (Entered: 09/01/2005) |
| 09/09/2005 | 23 | MOTION for Extension of Time to respond to defendants supplementary brief by Gregory Donnelly.(Johnson, Jay) (Entered: 09/13/2005) |
| 09/26/2005 | 24 | MOTION for Extension of Time to 10/7/05 to Reply to Respondents Supplementary Brief by Gregory Donnelly. (Johnson, Jay) (Entered: 09/27/2005) |
| 10/04/2005 |  | Judge Rya W. Zobel : ElectronicORDER entered granting 23 Motion for Extension of Time, granting 24 Motion for Extension of Time. Brief 10/7/05. (Urso, Lisa) (Entered: 10/04/2005) |
| 10/07/2005 | 25 | Response by Gregory Donnelly to 19 Supplemental Memorandum in Support of Motion to dismiss. (Johnson, Jay) (Entered: 10/11/2005) |
| 11/16/2005 | 26 | Letter/request (non-motion) from Gregory Donnelly requesting copie's. (Johnson, Jay) (Entered: 11/17/2005) |
| 11/17/2005 |  | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 11/17/2005)                                                                                                                                                                                                                                                                                                                                                                                       |
| 04/03/2006 | 27 | Letter/request (non-motion) from Gregory Donnelly requesting docket sheet. (Johnson, Jay) (Entered: 04/04/2006)                                                                                                                                                                                                                                                                                              |
| 04/04/2006 |    | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) (Entered: 04/04/2006)                                                                                                                                                                                                                                                                                                                                 |
| 04/17/2006 | 28 | NOTICE of Change of Address by Gregory Donnelly (Sonnenberg, Elizabeth) (Entered: 04/18/2006)                                                                                                                                                                                                                                                                                                               |
| 06/19/2006 | 29 | NOTICE of Change of Address by Gregory Donnelly (Johnson, Jay) (Entered: 06/20/2006)                                                                                                                                                                                                                                                                                                                        |
| 08/08/2006 | 30 | Letter/request (non-motion) from Gregory Donnelly requesting copies. (Johnson, Jay) (Entered: 08/09/2006)                                                                                                                                                                                                                                                                                                   |
| 08/09/2006 |    | DOCKET SHEET sent to Gregory Donnelly. (Johnson, Jay) (Entered: 08/09/2006)                                                                                                                                                                                                                                                                                                                                 |
| 08/22/2006 | 31 | Judge Rya W. Zobel : Memorandum of Decision and ORDER entered granting 10 Motion to Dismiss. Judgment may be entered in favor of respondent. (Urso, Lisa) Additional attachment(s) added on 8/23/2006 (Urso, Lisa). (Entered: 08/22/2006)                                                                                                                                                                    |
| 08/22/2006 | 32 | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered in favor of respondent. (Urso, Lisa) (Entered: 08/22/2006)                                                                                                                                                                                                                                                                                             |
| 08/24/2006 | 33 | Letter/request (non-motion) from Gregory Donnelly regarding motion for stay. (Attachments: # 1 docket sheet# 2 cover letter) (Johnson, Jay) (Entered: 08/25/2006)                                                                                                                                                                                                                                            |
| 09/20/2006 | 34 | NOTICE OF APPEAL and Request for Certificate of Appealability as to 32 Judgment, 31 Order on Motion to Dismiss by Gregory Donnelly. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/10/2006. (Johnson, Jay) Modified on 9/21/2006 (Johnson, Jay). (Entered: 09/21/2006) |