UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY M. DONNELLY,
        Petitioner,

v.

        CIVIL ACTION
        No. 04-cv-12706-RWZ

BERNARD BRADY,
        Respondent.

NOTICE OF CHANGE OF ADDRESS

Gregory M. Donnelly, the petitioner, acting pro se, hereby gives notice of change of address.

Petitioner states that any and all notice(s) in any proceedings before this court in the above-captioned and numbered action should be mailed to:

    Gregory M. Donnelly
    48 WINTHROP SHORE DR. (617) 539-1078 EX 117
    WINTHROP, MA. 02152

Respectfully submitted,

Gregory M. Donnelly, pro se
Petitioner

CERTIFICATE OF SERVICE

I hereby certify that on the below date I caused to be mailed a copy of the above pleading to Randall E. Ravits, the attorney for the Respondent, by first class United States mail.

Dated: 10/11/06   Gregory M. Donnelly

# OCEAN SPRAY
# WINTHROP, MA

Date: 10/10/06

To: Whom it may concern

RE: Greg Donnelly

This is to inform you that the above named person has been resident of the Ocean Spray house located at 48 Winthrop Shore Drive, Winthrop Ma. since October 04, 2006

All residents must agree to no drinking, drugging and prompt payment of program fee in order to stay in our homes. Greg has agreed with all the contract requirements.

If you need further information, please call me at 978-360-0458.

Sincerely,

Joseph C Mondello
Area Manager