## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-2424

USDC Docket Number : 04-cv-12706

Gregory Donnelly

v.

Bernard Brady

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

37, 39

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 17, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/18/06.

/s/ Burchard

Deputy Clerk, US Court of Appeals

- 3/06